to concurrent ten-year sentences for each robbery in the first-degree conviction and a consecutive three-year sentence on the unlawful use of weapons conviction, to be served concurrently to Catching's unrelated sentence. Catching claims the trial court erred (1) in allowing the introduction of evidence of his involvement in a robbery the week before the robberies for which he was convicted; (2) in precluding him from introducing a statement he made at the time of his arrest through his cross-examination of a State's witness; and (3) in overruling his objection to certain of the prosecutor's comments during closing argument. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the claim of error to have no merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their own information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

Christopher T. Risler, Clayton, for appellant.

Tim R. Schlesinger, Sherry K. Dreisewerd, St. Louis, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J. and JAMES R. DOWD, J.

· **O R D E R**

PER CURIAM.

Respondent, Orville Lee Brotherton, appeals from a decree of dissolution of marriage from Carol Jo Brotherton. The trial court's judgment is supported by substantial evidence and is not against the weight of evidence; no error of law appears. An opinion would have no precedential value. However, the parties have been provided with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).

---

**Carol Jo BROTHERTON,
Petitioner/Respondent,**

v.

**Orville Lee BROTHERTON, Jr.,
Respondent/Appellant.**

**No. ED 76057.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 22, 2000.

**In the interest of C.T.
and C.T., Minors.**

**Nos. ED 76515, ED 76516.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 22, 2000.

Dennis J. Curland, Clayton, for appellant.

Nancy J. Pew, Clayton, for respondent.